United States District Court
Southern District of Texas
**ENTERED**
April 02, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARTIN VILLAFRANCA, JR.,<br>Plaintiff, | § § § | |
| v. | § | Civil Action No. 1:18-cv-00193 |
| MICHAEL R. POMPEO,<br>Defendant. | § § § § | |

## FINAL JUDGMENT

Martin Villafranca Jr. ("Plaintiff") sued the United States Secretary of State, Michael R. Pompeo ("Defendant") seeking a declaratory judgment that he is a United States citizen pursuant to 8 U.S.C. § 1503. On December 16, 2019, a bench trial was held before the Court. Upon due consideration of the entire record, including the evidence, the testimony of witnesses, and the parties' arguments, the Court rules as follows:

Final judgment is entered in favor of Plaintiff Martin Villafranca Jr. The Court finds Plaintiff was born in Brownsville, Texas, and is thus a citizen by birth of the United States. Based on this record, Plaintiff is entitled to a United States passport.

Signed on this **2nd** day of **April**, 2020.

Rolando Olvera
United States District Judge